IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL MERCADO,<br><br>          Plaintiff,<br><br>   v.<br><br>CAMDEN COUNTY CORRECTIONS,<br><br>          Defendant. | Civil Action<br>No. 16- 7003 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

Plaintiff Daniel Mercado seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

**December 5, 2016**              **s/ Jerome B. Simandle**
Date                             JEROME B. SIMANDLE
                                     Chief U.S. District Judge